IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:  ASBESTOS PRODUCTS       )
LIABILITY LITIGATION            )   CIVIL ACTION NO. MDL 875
(NO. VI)                        )
_____)
                                )
This Document Relates To:       )
_____)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

```
JAN THOMAS DAVIS and             )
MELISSA T. DAVIS, wife,          )
                                 )
     Plaintiffs,                 )
                                 )
vs.                              )  CIVIL ACTION NO.
                                 )  8:08-CV-114
AQUA-CHEM, INC., et al.,         )
                                 )
     Defendants.                 )
_____)
```

CORPORATE DISCLOSURE STATEMENT OF CBS CORPORATION
F/K/A VIACOM INC., SUCCESSOR BY MERGER TO CBS CORPORATION, F/K/A
WESTINGHOUSE ELECTRIC CORPORATION

Defendant CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("CBS Corporation"), by and through the undersigned counsel, pursuant to F.R.C.P. 7.1, states that on December 31, 2005, Viacom Inc. changed its name to CBS Corporation. CBS Corporation is a publicly traded company with no parent company; however, National Amusements, Inc. is a privately held company

786817-1

which owns the majority of the voting stock of CBS Corporation. No publicly held corporation owns 10% or more of the stock of CBS Corporation.

This 7th day of February, 2008.

/s/ *Jennifer M. Techman*
Jennifer M. Techman, Esq.
SC Federal Bar No. 8028
SC State Bar No. 70202
Attorney for Defendant
CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation

Evert Weathersby Houff
3405 Piedmont Rd. Suite 200
Atlanta, Georgia 30305
678-651-1200 telephone
678-651-1201 fax
e-mail:   JMTechman@EWHlaw.com

786817-1

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of Corporate Disclosure of CBS Corporation by electronic filing same, to all counsel of record in the above-referenced case. This 7th day of February, 2008.

>        /s/ *Jennifer M. Techman*
>        Jennifer M. Techman, Esq.
>        SC Federal Bar No. 8028
>        SC State Bar No. 70202
>        Attorney for Defendant
>        CBS Corporation, a Delaware
>        corporation, f/k/a Viacom, Inc.,
>        successor by merger to CBS
>        Corporation, a Pennsylvania
>        corporation, f/k/a Westinghouse
>        Electric Corporation

Evert Weathersby Houff
3405 Piedmont Rd. Suite 200
Atlanta, Georgia 30305
678-651-1200 telephone
678-651-1201 fax
e-mail:   <u>JMTechman@EWHlaw.com</u>

786817-1